UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL GEORGE HAGGERTY,

      Plaintiff,

    v.                      Case No.:  2:25-cv-00998-JES-NPM

RICK SCOTT, in his individual
and official capacity as former
Governor and current U.S.
Senator; et al.,

      Defendants.

_____

**ORDER**

This matter comes before the Court on review of Plaintiff's Motion for Preliminary Injunction (Doc. #21) filed on November 20, 2025.  The Plaintiff asks the Court to: (1) order a neutral judge be assigned to his state case; (2) prohibit interference with Plaintiff's ability to conduct discovery within this case; and (3) require the State of Florida or the Twentieth Judicial Circuit to confirm reassignment of his state case and certify compliance with this Court.[1]  No defendant has been served with process.

Under Local Rule 6.02, a motion for a preliminary injunction must comply with the requirements of Local Rule 6.01(a) and (b).  M.D. Fla. R. 6.02.  The Motion for Preliminary Injunction fails to

---

[1] Even assuming the Plaintiff had complied with the Local Rules, this Court is highly skeptical that it even possesses the power to do what the Plaintiff has asked in his Motion for Preliminary Injunction.  However, the Court need not dive into the merits of such question at this time and will instead wait until Plaintiff complies with the Local Rules.

comply with Local Rule 6.01(a) because it does not include specific facts demonstrating Plaintiff's entitlement to relief, a precise and verified explanation of the amount and form of the required security, a supporting legal memorandum, or a proposed order.

Moreover, under Local Rule 6.02(b), "[t]he movant must notify each affected party as soon as practical unless the movant establishes by clear and convincing evidence an extraordinary circumstance not requiring notice." Plaintiff has neither attached a Certificate of Service nor established why notice is not required due to an extraordinary circumstance. Therefore, the motion must be denied.

Accordingly, it is hereby

**Ordered:**

Plaintiff's Motion for Preliminary Injunction is **DENIED without prejudice.**

**DONE AND ORDERD** at Fort Myers, Florida, this ___21st___ day of ___November___, 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record